UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANTON LEE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ANDRE MATAVOUSIAN,<br><br>　　　　　Respondent. | Case No. 1:18-cv-00250-JDP<br><br>ORDER DENYING PETITIONER'S MOTION TO WITHDRAW WITHOUT PREJUDICE, DISMISSING CASE WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. No. 10) |

Petitioner Mario Anton Lee is a federal prisoner proceeding pro se with a petition for a writ of habeas corpus. Petitioner moves to withdraw his petition and dismiss the case without prejudice.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) governs notices of voluntary dismissal of Section 2254 petitions before screening. *See* Rules Governing Section 2254 Cases, Rule 12; *Luna v. Kernan*, 784 F.3d 640, 643 (9th Cir. 2015); *Bhamani v. Apker*, No. 1:17-cv-1572, 2018 WL 684896, at *1 (E.D. Cal. Feb. 1, 2018) (collecting cases). Under Rule 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer . . . ." Voluntary dismissal under Rule 41(a)(1)(A)(i) is automatic and requires no court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Luna*, 784 F.3d at 643.

Petitioner has filed a motion to withdraw the petition and dismiss this case without prejudice before the court has screened the petition. (Doc. No. 14.) Rule 41 is self-executing, so

1

a motion to dismiss is unnecessary.  Accordingly, the court will deny the motion to dismiss but direct the clerk of the court to close the case.

For these reasons,

1. Petitioner Mario Anton Lee's motion to withdraw the petition (Doc. No. 14) is denied.
2. Petitioner has dismissed the case without prejudice.
3. The clerk of the court is directed to close the case.

IT IS SO ORDERED.

Dated:   June 25, 2018                                         /s/ *Jeremy D. Peterson*
                                                            UNITED STATES MAGISTRATE JUDGE